**Abatement Order filed March 5, 2019**



In The

# Fourteenth Court of Appeals
_____

NO. 14-18-00800-CV
_____

**ANA LISA MINES, PERSONAL REPRESENTATIVE OF THE ESTATE OF JORGE LUIS MINES, Appellant**

**V.**

**KENON  D. MURPHY, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-66594**

## ABATEMENT ORDER

The reporter's record in this case was due October 10, 2018. *See* Tex. R. App. P. 35.1. On October 17, 2018, court reporter **Cynthia Martinez** filed a motion to extend time to file the record, which we granted until November 16, 2018. No record or motion to extend time was filed, so on November 19, 2018, we ordered Martinez to file the record within 30 days. On December 17, 2018, Martinez filed another motion to extend time, which we granted until January 8, 2019. Again, no record or motion to extend time was filed, so on January 23, 2019, this court again ordered

Martinez to file the record within 30 days (by February 22, 2019). We cautioned that if the record was not filed, we would order the trial court to conduct a hearing to determine the reason for failure to file the record. The record has not been filed.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **152nd District Court** to conduct a hearing at which **Cynthia Martinez**, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether Martinez should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court by **April 4, 2019**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporter files the record before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.**

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant